UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRANDON LEWIS,

                            Plaintiff,

            -against-                                          25-CV-6491 (LTS)

UNITED STATES MARSHALS SERVICE                                      ORDER
(OFFICERS), et al.,

                            Defendants.

LAURA TAYLOR SWAIN, Chief United States District Judge:

        Plaintiff, who is proceeding *pro se,* filed this action on August 1, 2025. Upon opening this

new action, the Clerk's Office docketed the court's March 18, 2024 Standing Order, directing all

self-represented litigants to inform the court of each change of address or electronic contact

information. *See In Re: Cases Filed By Pro Se Plaintiffs*, *This Matter Relates To: Duty of Self-*

*Represented Parties to Keep Address Information Current*, No. 24-MC-127 (LTS) (S.D.N.Y.

Mar. 18, 2024) ("Standing Order"). The Court mailed this order to Plaintiff on August 11, 2025,

to his address on record, the Eric M. Taylor Center ("EMTC") on Rikers Island. Plaintiff did not

include his book and case ("B&C") number or his New York State Identification ("NYSID")

number.

        According to public records maintained by the New York City Department of Correction,

there is no individual with Plaintiff's name, Brandon Lewis, housed at the EMTC, but there is an

individual with the same name as Plaintiff who is currently housed at the Otis Bantum

Correctional Center on Rikers Island. This individual's B&C number is 2412501443 and his

NYSID number is 03167963L. It is unclear, however, whether this individual is Plaintiff.

        Accordingly, the Court directs Plaintiff to submit the attached Notice of Change of

Address and include all identifying information, including his NYSID number and his B&C

number. If Plaintiff does not comply with this order within the time allowed, by updating his

address, the Court will dismiss this action, under Rule 41(b) of the Federal Rules of Civil

Procedure, for failure to comply with the March 18, 2024 Standing Order, requiring all parties to

update the court with their new addresses. Should the Court dismiss the action, it would be

without prejudice to Plaintiff's filing a new civil action.

## CONCLUSION

The Court directs Plaintiff within 30 days of the date of this order to complete the

attached Notice of Change of Address. If Plaintiff does not update the court, in writing, with his

new address, the Court will dismiss this action without prejudice under Fed. R. Civ. P. 41(b), for

failure to comply with the court's March 18, 2024 order.

The Clerk of Court is directed to mail a copy of this order to Plaintiff as follows: Brandon

Lewis, B&C #2412501443, NYSID #03167963L, Otis Bantum Correctional Center (OBCC), 16-

00 Hazen Street, East Elmhurst, NY 11370.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would

not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an

appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant

demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:    September 9, 2025
          New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge

2

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

_____

_____

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

_____

_____

(List the full name(s) of the defendant(s)/respondent(s).)

_____CV_____ (_____)(_____)

NOTICE OF CHANGE OF ADDRESS

I hereby notify the Court that my address has changed to the following:

| | |
|---|---|
| Date | Signature |
| Name (Last, First, MI) | Prison Identification # (if incarcerated) |
| Address                City | State        Zip Code |
| Telephone Number | E-mail Address (if available) |

**PRO SE INTAKE WINDOW LOCATIONS:**
40 FOLEY SQUARE | NEW YORK, NY 10007
300 QUARROPAS STREET | WHITE PLAINS, NY 10601

**MAILING ADDRESS:**
500 PEARL STREET | NEW YORK, NY 10007
PRO SE INTAKE UNIT: 212-805-0136