UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRANDON LEWIS,

                        Plaintiff,

    -against-

UNITED STATES MARSHALS SERVICE
(OFFICERS), et al.,

                       Defendants.

25cv6491 (LTS)

CIVIL JUDGMENT

      For the reasons stated in the October 22, 2025, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith and therefore in forma pauperis status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444–45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:  October 24, 2025
          New York, New York

                                                 /s/ Laura Taylor Swain
                                                   LAURA TAYLOR SWAIN
                                              Chief United States District Judge